1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CYNTHIA M. FREY (CABN 150571)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: cynthia.frey@usdoj.gov

8  Attorneys for Plaintiff

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,            )   No. CR 09-01029 MMC
14                                      )
          Plaintiff,                    )   STIPULATION AND [PROPOSED]
15                                      )   ORDER TO CONTINUE SENTENCING
      v.                                )
16                                      )   Current Hearing Date: February 17, 2010
   SERGIO PEREZ-PEREZ,                  )   Time: 2:30 p.m.
17 a/k/a LUIS GONZALEZ,                 )
   a/k/a JESUS MORENO,                  )   Proposed Hearing Date: March 3, 2010
18                                      )   Time 2:30 p.m.
          Defendant.                    )
19 _____)

20

21      The above-captioned case is currently scheduled for sentencing on February 17, 2010 at

22 2:30 p.m.  Due to delays associated with the Modified Presentence Report and objections raised

23 by both parties in relation to the facts contained therein, the parties request a continuance of the

24 scheduled hearing for sentencing to March 3, 2010 at 2:30 p.m.  Counsel for the defendant and

25 the Probation Officer have agreed to the proposed continuance.

26      This request is made pursuant to Criminal Local Rule 32-2.  As of this date, the amended

27 Modified Presentence Report has not yet been filed and, good cause exists for the continuance of

28 the sentencing hearing.  Crim. L.R. 32-2(a) - (a)(1).   Moreover, counsel for both parties and the

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CR 09-01029 MMC

probation officer have conferred and confirmed their availability on March 3, 2010 at 2:30 p.m. Additionally, the Courtroom Deputy Clerk confirmed the Court's availability for March 3, 2010. Crim. L. R. 32-2(a)(2)-(3).  A proposed order is attached hereto.  Crim. L.R. 32-2(a)(4).

IT IS SO STIPULATED.

|  | /s/ |
|---|---|
| DATED: February 16, 2010 | JOSEPH P. RUSSONIELLO<br>United States Attorney<br>Northern District of California<br>CYNTHIA M. FREY<br>Assistant United States Attorney |

|  | /s/ |
|---|---|
| DATED: February 16, 2010 | JODI LINKER<br>Assistant Federal Public Defender<br>Attorney for Sergio Perez-Perez |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CR 09-01029 MMC

For good cause shown and in accordance with Criminal Local Rule 32-2(a), the hearing for sentencing on these matters, now scheduled for February 17, 2010 at 2:30 p.m., is vacated. The hearing shall be continued to March 3, 2010, at 2:30 p.m. for sentencing.

IT IS SO ORDERED.

February 16, 2010
DATED

HON. MAXINE M. CHESNEY
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CR 09-01029 MMC